UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br>　　　　Plaintiff,<br>　　v.<br>DUANE CHRISTIAN, et al.,<br>　　　　Defendants. | Case No. 18-01115 BLF (PR)<br>**ORDER DENYING MOTION**<br><br>(Docket No. 23) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On May 9, 2018, the Court ordered service on Defendant Duane Christian for violating Plaintiff's First Amendment right to petition the government for redress of grievances based on his refusal to allow Plaintiff to file grievances. (Docket No. 5.) On August 6, 2018, Defendant filed a motion for an extension of time to file a motion for summary judgment. (Docket No. 16.) On August 20, 2018, the Court granted Defendant's motion for extension of time.[1] (Docket No. 18.) On September 14, 2018, Plaintiff filed a motion opposing Defendant's motion for an extension of time. (Docket No. 23.)

---

[1] On the same date, the Court also granted Plaintiff's motion to add Defendant Lt. Flint to this action. (Docket No. 18.)

Since Defendants' motion for an extension of time has already been granted, Plaintiff's motion is **DENIED** as moot.

This order terminates Docket No. 23.

**IT IS SO ORDERED.**

Dated: September 26, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge