UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br>　　　　Plaintiff,<br>　　v.<br>DUANE CHRISTIAN, et al.,<br>　　　　Defendants. | Case No. 18-01115 BLF (PR)<br>**ORDER DENYING MOTION FOR SCHEDULING RECOMMENDATION**<br><br>(Docket No. 32) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On May 9, 2018, the Court ordered service on Defendant Duane Christian for violating Plaintiff's First Amendment right to petition the government for redress of grievances based on his refusal to allow Plaintiff to file grievances. (Docket No. 5.) Currently, Defendant's dispositive motion is due no later than February 18, 2019. (Docket No. 31.) The Court also granted Defendant's motion to compel Plaintiff to appear for and submit to an oral deposition upon proper notice by Defendant's counsel. (*Id.*)

Plaintiff has filed a "motion for judicial recommendation and consideration of scheduling" with respect to a pending deposition with Defendant's counsel, apparently scheduled for December 12, 2018. (Docket No. 32.) Plaintiff seeks a court order recommending a rescheduling due to Plaintiff's criminal trial being set for around the same

time. The motion is **DENIED** as unnecessary. Plaintiff should discuss the matter directly with Defendant's counsel rather than needlessly involving the Court in these scheduling matters. Plaintiff is directed to discuss, in good faith, all matters involving deposition and discovery directly with Defendant's counsel before seeking Court involvement.

This order terminates Docket No. 32.

**IT IS SO ORDERED.**

Dated: December 10, 2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Denying Motion for Scheduling Recommendation
PRO-SE\BLF\CR.18\01115Silverman_deny-sched

2