UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DUANE CHRISTIAN, et al.,<br><br>        Defendants. | Case No. 18-01115 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 36) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On May 9, 2018, the Court issued an order of service directing Defendants to file a dispositive motion. (Docket No. 5.) On February 14, 2019, Defendants filed a motion for summary judgment. (Docket No. 35.) Plaintiff has filed a motion for an extension of time of twenty-eight days to file an opposition. (Docket No. 36.) Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendants' motion for summary judgment **no later than April 17, 2019**.

This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated: __March 6, 2019__

                                                   BETH LABSON FREEMAN
                                                 United States District Judge

Order Granting Ext. of Time to File Opposition
PRO-SE\BLF\CR.18\01115Silverman_eot-opp