UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DUANE CHRISTIAN, et al.,<br><br>    Defendants. | Case No. 18-01115 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: __September 3, 2019__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\01115Silverman_judgment